**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ROBERT LIEBLANG, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07CV4250 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Mason |
| CROWN MEDIA HOLDINGS, INC. and WILLIAM J. ALIBER, | ) ) | |
| | ) | |
| Defendants. | ) | |

## AGREED STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Robert Lieblang and Defendant Crown Media Holdings, Inc. having settled their dispute, hereby agree and stipulate to a dismissal of all claims with prejudice.

ROBERT LIEBLANG                    CROWN MEDIA HOLDINGS, INC.

By: /s/_____           By: /s/_____

One of the Attorneys for Plaintiff    One of the Attorneys for Defendant
Robert Lieblang                       Crown Media Holdings, Inc.

Joel J. Bellows, Esq.                 Theresa L. Davis, Esq.
Christopher L. Gallinari, Esq.        Michael S. Weisman, Esq.
BELLOWS AND BELLOWS, P.C.             KATTEN MUCHIN ROSENMAN, LLP
209 South LaSalle Street, Suite 800   525 West Monroe
Chicago, Illinois 60604               Chicago, Illinois 60661
(312) 332-3340                        (312) 902-5200
(312) 332-1190 (facsimile)            (312) 902-1061